AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Rhode Island

DIRECTV, Inc.

v.

Preston Sanborn

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-12276 JLT

TO: (Name and address of Defendant)

Preston Sanborn
50 Polaris Drive
Mashpee, MA 02649

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 11/17/03

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
              Date                       Signature of Server

                                         _____
                                         Address of Server

**Barnstable County Sheriff's Office**

I hereby certify and return that on **February 07, 2004 at 10:50 AM** I served a true and attested copy of Summons, Complaint, Civil Action Cover Sheet & Corporate Disclosure, in hand to the within named Defendant, Preston Sanborn, at the last and usual abode to wit: 50 Polaris Drive, Mashpee, MA 02649.

Fee:       $46.40

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannisport, MA  02672