UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action 03-12276-JLT |
| | ) | |
| | ) | |
| PRESTON SANBORN, | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for defendant, Preston Sanborn

_____
Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848

Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to John M. McLaughlin, Esquire, McLaughlin Sacks LLC, 31 Trumbull Rd., Northampton MA 01060.

_____

Dated: 3/11/04