**KENNETH D. QUAT**
*Attorney at Law*
9 Damonmill Square, Suite 4A-4
Concord MA 01742

FILED
IN CLERKS OFFICE

2004 JUN -3  A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

Phone: 978-369-0848
Fax: 978-371-2296

ken@quatlaw.com

June 2, 2004

By fax only:
413-584-0453

John M. McLaughlin, Esq.
31 Trumbull St.
Northampton MA 01060

    RE: DirecTV v. Sanborn, 03-12276-JLT

Dear Attorney McLaughlin:

    As per our joint request, the Court has continued the scheduling conference in this matter to Tuesday, June 15, at 2:30 p.m.

                       Very sincerely,

                       Kenneth D. Quat

Cc: Z. Lovett