UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, Inc. | ) | Case No.: **03-cv12276-JLT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ASSENTED-TO PLAINTIFF'S MOTION** |
| vs. | ) | **TO EXTEND TIME** |
| | ) | |
| Preston Sanborn | ) | |
| | ) | |
| Defendant | ) | |

**NOW COMES** Plaintiff, DIRECTV, Inc., to the above-captioned case respectfully requests that this Court extend time as to certain of the scheduled deadlines pertaining to this case and to make an order clarifying the overall Scheduling Order in this matter. Presently, the docket on this matter is missing pertinent entries. This apparently may be the result of the fact that on the date of the scheduling conference, Plaintiff's Counsel was unable to appear in Court due to being caught in a traffic jam in route to the Court. Now the Parties wish to both clarify the Scheduling Order and to slightly modify certain provisions due to the fact that it has been unclear what the Court's Order is up until this point in time.

Specifically, the Plaintiff, with the assent of the Defendant, moves that the Scheduling Order be amended and/or confirmed to now provide for:

1. All discovery should be completed by November 30, 2004;
2. The depositions of non-expert witnesses shall not exceed seven (7) hours per witness unless leave of the Court has been obtained or a written stipulation of the parties has been entered into to exceed said seven (7) hour limitation. The parties may also utilize subpoena duces tecum in conjunction with these non-expert depositions.

    a. At this point in time, the Plaintiff intends to depose the Defendant, Preston Sanborn of 50 Polaris Drive Mashpee, MA, and possibly Christine Sanborn and Jarrod Sanborn also of 50 Polaris Drive Mashpee, MA.

    b. Defendant does not intend to utilize depositions at this point in time.

3. Written discovery shall include, but not limited to, interrogatories, requests for production, and requests for admissions. Pursuant to Fed. R. Civ. P. 33, interrogatories shall be limited to 25 in number, including sub-parts. Pursuant to Fed. R. Civ. P. 34, each person shall have the opportunity to submit two sets of requests for production of documents and things to the other party.

4. The Plaintiff shall disclose to the Defendant all experts relied upon by the Plaintiff Defendant no later than October 30, 2004.

5. The Defendant shall disclose to the Plaintiff all experts relied upon by the Defendant no later than November 15, 2004.

6. Motions, including motions filed pursuant to Fed. R. Civ. P. 56 shall be filed no later than December 31, 2004.

7. On or about February 28, 2005 court will hold a hearing on any pending motions not already determined and/or on the status of the case.

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he has contacted the Defendant's Counsel and Defendant's Counsel assents to this motion.

As grounds, the Plaintiff, with the assent of the Defendant states:

1. The Parties have been diligently pursuing discovery in this matter to date, but the entries on the docket on this case have been unclear as to certain deadlines;

2. The Parties now wish to confirm and slightly modify the deadlines in this matter without postponing the originally proposed February hearing on this matter; and

3. Defendant's Counsel assents to this motion.

                                        Respectfully Submitted for the Plaintiff,
                                        DIRECTV, Inc.
                                        By Its Attorney

| | |
|---|---|
| <u>11/1/04</u> | <u>/s/ John M. McLaughlin</u> |
| Date | John M. McLaughlin (BBO: 556328) |
| | **GREEN, MILES, LIPTON & FITZ-GIBBON** |
| | P.O. Box 210 |
| | 77 Pleasant Street |
| | Northampton, MA 01061-0210 |
| | (413) 586-0865 |

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the <u>1st</u> day of <u>November 2004,</u> a copy of the foregoing Assented-To Plaintiff's Motion to Extend Time was mailed via electronic notice to:

Attorney Kenneth D. Quat
ken@quatlaw.com

                                                 /s/ John M. McLaughlin
                                                 John M. McLaughlin