UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>PRESTON SANBORN, )<br>)<br>Defendant ) | Civil Action 03-12276-JLT |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties have settled this matter, and pursuant to Fed.R.Civ.P. 41(1)(a)(i) stipulate that this action be dismissed without prejudice and without costs or attorney's fees to either party, both parties waiving all rights of appeal.

/s/Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848


/s/John M. McLaughlin
BBO 556328
Green Miles Lipton & Fitz-Gibbon
77 Pleasant St.
Northampton MA 01060.
413-586-0865